IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Cordel Toomer, # 11596-035, | ) | C.A. No. 9:05-2083-TLW-GCK |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Alberto Gonzales, Attorney General; and Warden, FCI Williamsburg, | ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

      This action was filed by the petitioner, proceeding *pro se,* pursuant to 28 U.S.C. § 2241. This matter is now before the Court upon the Magistrate Judge's recommendation in his Report and Recommendation that the § 2241 petition be dismissed without prejudice and without requiring the respondents to file a return. The Report was filed on August 2, 2005. No Objections have been filed.

      This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. <u>See</u> <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

      A review of the record indicates that the Report accurately summarizes this case and the applicable law. Accordingly, for the reasons articulated by the Magistrate Judge, it is hereby

1

2

**ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 4), and this § 2241 petition is dismissed without prejudice and without requiring the respondents to file a return

   **IT IS SO ORDERED.**

                                 s/ Terry L. Wooten
                                 **TERRY L. WOOTEN**
                                 **UNITED STATES DISTRICT JUDGE**

September 22, 2006
Florence, South Carolina